UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 08CR50036 |
| ) | No. _____ |
| vs. ) | Violation: Title 18, United States |
| ) | Code, Section 922(g)(1) |
| CHRISTOPHER LERMA ) | |

The FEBRUARY 2008 GRAND JURY charges:

On or about June 22, 2008, at Rockford, in the Northern District of Illinois, Western Division,

CHRISTOPHER LERMA,

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm and ammunition, namely:

a Quality Firearms, Inc., Western Ranger, .22 caliber revolver handgun with serial number

RR0497, and six .22 caliber, Remington bullets,

which possession was in and affecting commerce in that the firearm and ammunition had previously been transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**FILED**

JUL 29 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## FORFEITURE ALLEGATION

The FEBRUARY 2008 GRAND JURY further charges:

1. The allegations contained in the Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing Indictment,

CHRISTOPHER LERMA,

defendant herein, shall forfeit to the United States, pursuant to Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is a Quality Firearms, Inc., Western Ranger, .22 caliber long revolver handgun with serial number RR0497, and six .22 caliber, Remington bullets;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.: 08 CR 50036

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

CHRISTOPHER LERMA

INDICTMENT

Violation(s): Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreman

Filed in open court this ____ day of _____ A.D. 20__

_____
Clerk

Bail: $



**FILED**

JUL 29 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court