**FILED**
JUL 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **08CR50036**
Case Name: **U.S. v. Christopher Lerma**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)                    ☐ Income Tax Fraud ............ (II)             ☐ DAPCA Controlled Substances ..... (III)
   ☐ Criminal Antitrust (II)                         ☐ Postal Fraud ............ (II)                 ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ............ (II)                  ☐ Other Fraud ............ (III)                 ☐ Immigration Laws .............. (IV)
   ☐ Post Office Robbery ....... (II)                ☐ Auto Theft ............. (IV)                  ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)                   ☐ Transporting Forged Securities .. (III)        ☐ Food & Drug Laws ............. (IV)
   ☐ Assault .............. (III)                    ☐ Forgery ............ (III)                     ☐ Motor Carrier Act .............. (IV)
   ☐ Burglary .............. (IV)                    ☐ Counterfeiting ............ (III)              ☐ Selective Service Act ............ (IV)
   ☐ Larceny and Theft ....... (IV)                  ☐ Sex Offenses ............ (II)                 ☐ Obscene Mail ............. (III)
   ☐ Postal Embezzlement ...... (IV)                 ☐ DAPCA Marijuana ........... (III)              ☒ Other Federal Statutes .......... (III)
   ☐ Other Embezzlement ..... (III)                  ☐ DAPCA Narcotics ............ (III)             ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Section 922(g)(1)

_____
**MARK T. KARNER**
Assistant United States Attorney

(Revised 12/99)