UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**F I L E D**

AUG 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
    )
v.    )  No. 08CR50036
    )  Magistrate Judge P. Michael Mahoney
Christopher Lerma,    )

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO:  THE HONORABLE UNITED STATES MAGISTRATE JUDGE P. MICHAEL MAHONEY OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION.

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully represents unto Your Honor that:

    Name:    Christopher Lerma
    Date of Birth:    1-15-87
    Sex:    Male
    Race:
    Prisoner No.:    R57113

has been and now is, in due form and process of law, incarcerated in:

    Winnebago County Jail
    420 West State Street
    Rockford, Illinois 61101

Your petitioner further represents unto the Court that the said defendant has been charged in the above captioned cause in the Western Division of the Northern District of Illinois with a violation of Title 18, United States Code, Section 922(g)(1), and is now

wanted in said division and district at 11:00 a.m., on Monday, August 11, 2008, for his initial appearance before United States Magistrate P. Michael Mahoney.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this matter directed to the following persons:

| | |
|---|---|
| KIM WIDUP | RICHARD A. MEYERS |
| United States Marshal | Sheriff |
| 219 South Dearborn Street | Winnebago County |
| Room 2444 - Federal Building | 420 West State Street |
| Chicago, Illinois 60604 | Rockford, Illinois 61101 |

commanding said persons to produce the said defendant before the United States Magistrate Judge for the Northern District of Illinois, Western Division, at said time and on said date, and that when the said defendant shall be so produced pursuant to said Writ, and that when all proceedings have been concluded, that he be returned forthwith to said institution from which he was brought.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> BY: *Mark Karner*
> Mark T. Karner
> Assistant United States Attorney
> 308 West State Street - Suite 300
> Rockford, Illinois 61101
> (815) 987-4444