# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50036 - 1 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. CHRISTOPHER LERMA | | |

**DOCKET ENTRY TEXT:**

USA's petition for a writ of habeas corpus ad prosequendum as to Christopher Lerma returnable before Judge Mahoney on Monday, August 11, 2008 at 11:00 am is granted. The Clerk's Office is directed to issue writ.

■ [ For further detail see separate order(s).]　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50036　Document 5　Filed 08/05/2008　Page 1 of 1

08CR50036 - 1 USA vs. CHRISTOPHER LERMA　　　　　　　　　　　　　　　　　　　Page 1 of 1