UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
AUG 05 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08CR50036 |
| | ) | Magistrate Judge P. Michael Mahoney |
| Christopher Lerma, | ) | |

### ORDER

Upon reading the petition in this matter presented by the United States Attorney for the Northern District of Illinois, and it appearing to the Court that:

    Name:              Christopher Lerma
    Date of Birth:   1-15-87
    Sex:               Male
    Race:
    Prisoner No.:    R57113

has been and now is, in due form and process of law, incarcerated in:

    Winnebago County Jail
    420 West State Street
    Rockford, Illinois 61101

and that said defendant is charged in the captioned cause with a violation of Title 18, United States Code, Section 922(g)(1), and that said defendant should appear in this cause in the United States District Court at 11:00 a.m., on Monday, August 11, 2008, for an initial appearance before United States Magistrate P. Michael Mahoney.

IT IS THEREFORE ORDERED that:

| | |
|---|---|
| KIM WIDUP | RICHARD A. MEYERS |
| United States Marshal | Sheriff |
| 219 South Dearborn Street | Winnebago County |
| Room 2444 - Federal Building | 420 West State Street |
| Chicago, Illinois 60604 | Rockford, Illinois 61101 |

bring or cause to be brought before this Court, at said time on said date, before United States Magistrate Judge P. Michael Mahoney, in the United States Courthouse, at Rockford, Illinois, the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
P. MICHAEL MAHONEY
United States Magistrate Judge

DATED: August 5th, 2008

2