# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50036 - 1 | **DATE** | 8/11/2008 |
| **CASE TITLE** | USA vs. CHRISTOPHER LERMA | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Haneef Omar appointed as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. Financial affidavit due by and 16.1 conference to be held by August 18, 2008. Defendant's oral motion for time to September 15, 2008 to file pretrial motions is granted. USA's oral motion for the time of August 11,2 008 to and including September 15, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for September 15, 2008 at 11:00 am. USA moves for detention. Defendant's oral motion for the detention hearing to be held on August 15, 2008 at 11:00 am is granted. Enter order of temporary detention.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|