AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ILLINOIS__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CHRISTOPHER LERMA<br><br>_____<br>*Defendant* | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT**<br><br>Case Number:  08 CR 50036-1 |

*FILED*
*MAGISTRATE JUDGE P. MICHAEL MAHONEY*
*United States District Court*
*AUG 11 2008*

Upon motion of the ___United States and defendant___ , it is ORDERED that a detention hearing is set for ___August 15, 2008___ * at ___11:00 am.___
　　　　　　　　　　　　　　　　　　　*Date*　　　　　　　　　　　　　　　　　*Time*

before ___HONORABLE P. MICHAEL MAHONEY, MAGISTRATE JUDGE___
　　　　　　　　　　　　　　　*Name of Judicial Officer*

___ROCKFORD, IL___
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
　　　*Other Custodial Official*

Date: ___August 11, 2008___　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

　A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.