# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50036 - 1 | **DATE** | 8/15/2008 |
| **CASE TITLE** | USA vs. CHRISTOPHER LERMA | | |

**DOCKET ENTRY TEXT:**

Paul Gaziano given leave to file his appearance for defendant. Haneef Omar withdrawn. Detention hearing held. Enter order of detention pending trial.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|