AO 442 (Rev.5/93 WP) Warrant for Arrest

AUSA MARK T. KARNER, (815)987-4444

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER LERMA

**FILED**
AUG 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR    08CR50036

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Violation Petition

charging him or her with (brief description of offense):

Felon in possession of firearm

in violation of Title ___18___, United States Code, Section(s) __922(g)(1)__

P. MICHAEL MAHONEY
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____ by _____
Name of Judicial Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

7/29/08; Rockford, Illinois
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| With City Jail |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Debra A. LoMonaco, SDUSM | [signature] |

Arrested 8/11/08